AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

UNIVERSAL PAINTING CORPORATION
a/k/a Universal Painting

CASE NUMBER 1:05CV01813

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 09/12/2005

TO: (Name and address of Defendant)

UNIVERSAL PAINTING CORPORATION
a/k/a Universal Painting
2234 Old Tampa Hwy
Lakeland, FL  33815

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                SEP 12 2005

CLERK                                                     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:05CV01813

Plaintiff:
**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,**

vs.

Defendant:
**UNIVERSAL PAINTING CORPORTION A/K/A UNIVERSAL PAINTING,**

For:
Sanford G. Rosenthal, Esquire
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683

Received by LEGAL ERRANDS, INC. on the 26th day of September, 2005 at 2:37 pm to be served on **UNIVERSAL PAINTING CORPORATION A/K/A UNIVERSAL PAINTING AT 2234 OLD TAMPA HWY, LAKELAND, FL 33815.**

I, Sandra K. Croft, do hereby affirm that on the **27th day of September, 2005** at **2:10 pm, I:**

Served the within named CORPORATION by delivering a true copy of the **SUMMONS(20 day) IN A CIVIL CASE, COMPLAINT WITH ATTACHMENTS** with the date, hour of service my identification number and initials endorsed thereon by me to THERESA ALDRICH as SECRETARY authorized to accept service on behalf of the within named corporation, in compliance with State Statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. Notary Not Required Pursuant To F.S. 92.526.

Sandra K. Croft
Certified Process Server 242

LEGAL ERRANDS, INC.
1313 Race Street
Philadelphia, PA 19107
(215) 751-1124

Our Job Serial Number: 2005008096
Ref: Universal Painting

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j