**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) CIVIL ACTION NO. 05-1813(JDB) <br> v. ) <br> ) <br> UNIVERSAL PAINTING CORPORATION ) <br> ) <br> Defendant. ) | |

**REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, Universal Painting Corporation a/k/a Universal Painting, for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

                                          Respectfully submitted,

                                          JENNINGS SIGMOND, P.C.

                                          BY:/s/    Sanford G. Rosenthal
                                          SANFORD G. ROSENTHAL, ESQUIRE
                                          (I.D. NO. 478737)
                                          The Penn Mutual Towers, 16th Floor
                                          510 Walnut Street, Independence Square
                                          Philadelphia, PA 19106-3683
                                          (215) 351-0611
Date: October 24, 2005                 Attorney for Plaintiff

160252-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNIVERSAL PAINTING CORPORATION ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-1813(JDB) |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE
FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Universal Painting Corporation a/k/a Universal Painting, by Sandra K. Croft, Process Server, at 2234 Old Tampa Hwy., Lakeland, Florida, 33815 by serving Theresa Aldrich, company secretary, on September 27, 2005. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed a proper Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service

160252-1

6.     The Clerk is requested to enter default against Defendant.

                                              I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: October 24, 2005         BY:/s/      Sanford G. Rosenthal
                                                    SANFORD G. ROSENTHAL, ESQUIRE

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

UNIVERSAL PAINTING CORPORATION
a/k/a Universal Painting
2234 Old Tampa Hwy
Lakeland, FL  33815

Date: <u>October 24, 2005</u>          BY:<u>/s/      Sanford G. Rosenthal          </u>
                                   SANFORD G. ROSENTHAL, ESQUIRE

160252-1