Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED TRADES
INDUSTRY PENSION FUND

    Plaintiff(s)

Civil Action No. 05-cv-01813-JDB

V.

UNIVERSAL PAINTING CORPORATION
also known as
UNIVERSAL PAINTING

    Defendant(s)

RE: UNIVERSAL PAINTING CORPORATION
also known as
UNIVERSAL PAINTING

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 27, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk