IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>　　　　　Plaintiff,<br>　v.<br><br>UNIVERSAL PAINTING CORPORATION<br><br>　　　　　Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-1813(JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendant, Universal Painting Corporation a/k/a Universal Painting, in the amount of $20,689.52. On October 27, 2005, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on October 31, 2005.

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 3), and a proposed default judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　　　　　　s/Sanford G. Rosenthal
　　　　　　　　　　　　　　　　　　SANFORD G. ROSENTHAL, ESQUIRE
　　　　　　　　　　　　　　　　　　(I.D. NO. 478737)
　　　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　　　510 Walnut Street, Independence Square
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-3683
　　　　　　　　　　　　　　　　　　(215) 351-0611
Date: November 10, 2005　　　　　　Attorneys for Plaintiff

160603-1