## **CERTIFICATE OF SERVICE**

I hereby certify this 10th of November, 2005, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

UNIVERSAL PAINTING CORPORATION
a/k/a Universal Painting
2234 Old Tampa Hwy
Lakeland, FL 33815

DATE: November 10, 2005        s/ Sanford G. Rosenthal
                               SANFORD G. ROSENTHAL, ESQUIRE

141342-1