REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-27436-001 RBS
                       Bill date   09/12/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Universal Painting Corporation   (27436)

FOR PROFESSIONAL SERVICES RENDERED

```
08/29/05 SGR   Review of Correspondence from Fund regarding New
               Delinquency Case
               Review of Documents
               Preparation of Litigation Intake Memo
                                       .40 hrs   200  /hr      80.00
08/30/05 SMC   Phone Conference with T. Montemore (2x)
               Preparation of Letter to Company
               Review of Documents
                                      1.80 hrs   200  /hr     360.00
                                                           -----------
               TOTAL FEES                              $      440.00
```

DISBURSEMENTS

```
08/31/05 FAX   Fax Charges                                      6.00
                                                           -----------
               TOTAL DISBURSEMENTS                     $        6.00
```

BILLING SUMMARY

```
               TOTAL FEES                              $      440.00

               TOTAL DISBURSEMENTS                     $        6.00
                                                           -----------
               TOTAL CHARGES FOR THIS BILL             $      446.00
```



```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-27436-ALL RBS                                            Page     1


                REPORT TOTALS

            TOTAL FEES                                           440.00

            TOTAL DISBURSEMENTS                                    6.00
                                                              -----------
                                                                 446.00
```

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 1291  
Printed By: TLG  
Tuesday, November 08, 2005  
Page:  

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PNTF | IUPAT Industry Pension Fund | 27436 | Universal Painting Corp. | Sigmond, Richard B. 202 |

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 10/7/2005 | $103.00 | 7100 | Service Fee |

**Unbilled Expenses Totals** $103.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/6/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Preparation of Complaint |
| 9/15/2005 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 9/20/2005 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with Errands regarding Service |

**Billed Time Totals** 1.80 1.80 $321.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/20/2005 | $12.44 | PO | Postage Charges |

**Billed Expenses Totals** $12.44

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 1.80 | 1.80 | $321.00 | $115.44 | $436.44 |

*** End Of Report ***

The Penn Mutual Towers • 16th Floor • 510 Walnut Street • Independence Square • Philadelphia, PA 19106-3683 • 215-922-6700 • Fax 215-922-3524

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 05-1813(JDB) ) |
| v. | ) ) |
| UNIVERSAL PAINTING CORPORATION | ) ) |
| Defendant. | ) |

### JENNINGS SIGMOND ATTORNEYS' FEES –November 2005

| Date | Attorney | Task | Time |
|---|---|---|---|
| 11/05/05 | SMC | Preparation of Default Motion. Preparation of Declarations. | 1.50 |
| 11/08/05 | SMC | Review and Revise Default Motion Review and Revise Declarations Preparation of Letter to T. Montemore | 1.50 |
| | | **TOTAL** | **3.00** |

**November Summary**
SMC   3.00 Hrs x $200.00   =   $600.00

Fees incurred 5/05 – 8/05   =   $ 761.00
Costs incurred 5/05 – 8/05   =   $  121.44
                                    $ 882.44

**Grand Total:**   $1,482.44

141342-1