**Lawsuit filed 9/8/05 by Shanna Cramer for at least the sum of $9,840.82 representing:**

| | |
|---|---|
| $8,053.76 | PRINCIPAL - <br> LOCAL UNION 88(TAMPA – ZONE 1) – <br> $350.64 in report shortages balance of 6/05 through 7/05 - <br> LOCAL UNION C01010(ORLANDO – ZONE 2) – <br> $7,703.12 in report shortages for balance of 01/05 through 07/05 |
| $   17.07 | Late charges for 6/04 through 10/04- LU 88 |
| $  159.24 | Interest through 8/31/05 |
| $1,610.75 | Liquidated damages |
| $9,840.82 | Total |

## OWES:

**$15,774.11**  **PRINCIPAL -**
**LOCAL UNION 88(TAMPA – ZONE 1) –**

| | |
|---|---|
| .06/05 | $80.80 |
| 06/05 | $18.10 |
| 06/05 | $80.68 |
| 06/05 | $103.08 |
| 07/05 | $67.98 |
| 08/05 | $00.00   Paid 1 report  $159.39 |
| 09/05 | $963.49 Estimate* |
| | $1,314.13 Total |

**LOCAL UNION C01010(ORLANDO – ZONE 2) –**

| | | |
|---|---|---|
| Bal. | 01/05 | $261.71 |
| | 02/05 | $2,317.44 |
| | 03/05 | $1,560.48 |
| | 04/05 | $1,891.44 |
| | 05/05 | $286.80 |
| | 06/05 | $240.29 |
| | 06/05 | $804.48 |
| | 06/05 | $173.25 |
| | 06/05 | $110.25 |
| | 07/05 | $56.98 |
| | 08/05 | $3,378.43 ESTIMATE** |
| | 9/05 | $3,378.43 ESTIMATE** |
| | | $14,459.98 |

| | |
|---|---|
| $17.07 | Late charges for 6/04 through 10/04- LU 88 |
| $261.04 | Interest through 10/31/05 |
| $3,154.86 | Liquidated damages |
| $1,482.44 | Attorneys' fees and costs through 11/9/05 |
| **$20,689.52** | **Total** |

**\*Local 88 estimate** based on the average of the last three months reports filed as follows:

$1,279.05        6/05
$1,452.05        7/05
$159.39           8/05
$2,890.49 divided by 3 = $963.49

**\*\* Local C01010** estimate based on the average fo the last three months reports filed as follows:

5/05     $286.80
6/05     $3,030.24
7/05     $6,818.27
             $10,135.31 divided by 3 = $3,378.43

